PROB 12A
(12/98)

# United States District Court

## for

## Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: **John Ober**     Case Number: **1:01CR00055**

Name of Sentencing Judicial Officer:    **The Honorable Herman J. Weber**
**Senior United States District Judge**

Date of Original Sentence: **January 24, 2002**

Original Offense: **Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and Cocaine**

Original Sentence: **46 month(s) prison, 48 month(s) supervised release**

Type of Supervision: **Supervised Release**     Date Supervision Commenced: **March 1, 2004**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1<br>No New Law Violation: | On March 15, 2005, Mr. Ober was cited in Manchester, Ohio for driving under the influence, failure to signal, and passing marked lanes,( #TRC-05-00841A,B &C.) On April 4, 2005, Mr. Ober pled guilty to failure to signal and passing marked lanes which has been scheduled for sentencing on May 20, 2005. However, he pled not guilty to driving under the influence, and the case has been scheduled for trial on June 13, 2005. |

**U.S. Probation Officer Action:**

On January 24, 2002, Mr. Ober appeared before the Honorable Herman J. Weber, Senior United States District Judge for the Southern District of Ohio and was sentenced to 46 months imprisonment followed by four years supervised release after having been charged with Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and Cocaine, a Class B Felony. As special conditions of his supervised release, he was ordered to participate in substance abuse and mental health treatment at the recommendation of the probation department, comply with child support in Adams County, and pay a $1,000 fine.

On June 15, Mr. Ober was released from the Bureau of Prisons. Since being on supervision, Mr. Ober has been basically compliant, but at times has been unemployed. Thus far he has paid $175 toward his fine and his special assessment has been paid in full. Mr. Ober has submitted to urinalysis which have been negative. He completed the 500 hour drug program while incarcerated and was also in treatment while at the halfway house prior to his release.

PROB 12A  
(12/98)

2

On March 15, 2005, Mr. Ober was cited by Manchester Police for driving under the influence, failure to signal, and passing marked lanes. He submitted to a Breathalyzer and tested .059%. When Mr. Ober contacted this officer regarding this incident, he failed to mention that alcohol was an issue. This officer contacted Adams County Court, and he appeared in court on April 4, 2005. At that time, he pled guilty to failure to signal and passing marked lanes and sentencing is scheduled on May 20, 2005. However, he pled no contest to driving under the influence, and the case is scheduled for trial on June 13, 2005.

At this time, it is respectfully recommended that the Court take notice of the violation, but that no action be taken until disposition of the case. At that time, this officer will notify the Court. In the meantime, this officer will refer Mr. Ober back to counseling.

Respectfully submitted,

by *[signature]*  
Darla J. Huffman  
U. S. Probation Officer  
Date:   April 6, 2005

Approved,

by *[signature]*  
John C. Cole  
Supervising U. S. Probation Officer  
Date: 4-7-05

[✓]  I concur with the recommendation of the Probation Officer  
[ ]  Submit a Request for Modifying the Condition or Term of Supervision  
[ ]  Submit a Request for Warrant or Summons

*[signature]*  
Signature of Judicial Officer

4/7/05  
Date