PROB 12A
(12/98)

# United States District Court

## for

## Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: **John Ober**    Case Number: **1:01CR00055**

Name of Sentencing Judicial Officer:    **The Honorable Herman J. Weber**
**Senior United States District Judge**

Date of Original Sentence: **January 24, 2002**

Original Offense: **Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and Cocaine**

Original Sentence: **46 month(s) prison, 48 month(s) supervised release**

Type of Supervision: **Supervised Release**    Date Supervision Commenced: **June 16, 2004**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1<br>No new law violation | On March 15, 2005, Mr. Ober was cited in Manchester, Ohio for Driving Under the Influence, Failure to Signal, and Passing Marked Lanes (Case Number TRC0500841A,B&C). On May 20, 2005, Mr. Ober appeared in Adams County Court of Common Pleas. He pled guilty to an amended charge of Reckless Operation and was sentenced to 180 days in jail which was suspended and assessed a fine and court costs.<br><br>In addition, on May 13, 2005, Mr. Ober was again cited in Adams County, Ohio for Operating a Vehicle Under the Influence, Passing Marked Lanes (Case Numbers TRC0501524A&B), and Open Container (Case Number CRB0500240). All three of these cases have been continued until June 13, 2005 at 9:00am. |

**U.S. Probation Officer Action:**

As the Court will recall, this officer originally notified the Court of the first citation on April 6, 2005. As stated above, this case was amended to Reckless Operation. The other case is still pending.

According to Mr. Ober, he had been working earlier in the day and had a few beers with his coworkers. Some friends of his boss's came over to where they were and were heavily intoxicated. As a result, Ober agreed to drive them home. On his return, he was stopped by a State Trooper and was charged with Operating a Vehicle Under the Influence. This occurred at approximately 12:27am on May 13, 2005. This officer informed Mr. Ober that he needs to again participate in outpatient treatment immediately.

PROB 12A
(12/98)

2

RE:   OBER, John                                                                                                  Page Two
      **REPORT ON OFFENDER UNDER SUPERVISION**

At this time, it is respectfully recommended that the Court again take notice of the violation, but that no action be taken and allow Mr. Ober to continue to participate in treatment.

Respectfully submitted,                                        Approved,

by  *[signature]*                                              by  *[signature]*
    **Darla J. Huffman**                                           John C. Cole, Supervising
    U. S. Probation Officer                                        U. S. Probation Officer
    Date:   **June 3, 2005**                                       Date: 6/7/05

---

[✓]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

6/8/05
Date