PROB 12A
(12/98)

# United States District Court

## for

## Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: **John Ober**                                    Case Number: **1:01CR00055**

Name of Sentencing Judicial Officer:    **The Honorable Herman J. Weber**
                                         **Senior United States District Judge**

Date of Original Sentence: **January 24, 2002**

Original Offense: **Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and Cocaine**

Original Sentence: **46 month(s) prison, 48 month(s) supervised release**

Type of Supervision: **Supervised Release**            Date Supervision Commenced: **March 1, 2004**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1<br>Special Condition:<br>Failure to Pay Fine | On January 24, 2002, the Court ordered Mr. Ober to pay a $1,000 fine. To date, he has only paid $175. |

U.S. Probation Officer Action:

On January 24, 2002, Mr. Ober appeared before Your Honor and was sentenced to 46 months imprisonment followed by four years supervised release after having been charged with Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and Cocaine. As special conditions of his supervised release, he was ordered to participate in substance abuse and mental health treatment as recommended, comply with a child support order issued by Adams County, Ohio and pay a $1,000 fine.

On June 16, 2004, Mr. Ober was released from the Bureau of Prisons to commence his term of supervised release. Since being on supervision, Mr. Ober has had some difficulties. The Court was notified previously on June 7, 2005 that Ober was convicted of an amended charge of Reckless Operation on May 20, 2005 in Adams County, Ohio and was sentenced to 180 days jail which was suspended. He was ordered to a fine and court costs.

In addition, on September 12, 2005, Ober again appeared in Adams County Municipal Court after being arrested on May 13, 2005 for Operating a Vehicle while Intoxicated, Passing Marked Lanes and Open Container. The Court amended the operating a vehicle while intoxicated charge to physical control as Ober completed their diversion program. He was sentenced to 30 days in jail which was suspended and placed on one year community control. The other two charges were dismissed. As a result of these two arrests, Mr. Ober entered substance abuse treatment at The Counseling Center in Adams County, Ohio and completed the program on September 6, 2005. During this time, Mr. Ober also tested positive for the use of marijuana on June 14, and July 19, 2005. Ober also addressed this substance abuse issue in treatment.

PROB 12A
(12/98)

2

Since that time, Mr. Ober has also had difficulty finding steady employment. As a result, he has not made a payment toward his fine since March 10, 2005. He currently has an outstanding balance of $825.

Although Mr. Ober has been periodically employed, he does not hold a job for a long period of time. It appears that family issues get in the way, and he ends up quitting his job. This officer has revealed to Mr. Ober that he may do better if he was in a controlled environment such as a halfway house to help him, but he has asked for another chance to try to comply.

On August 28, 2006, this officer met with him at his home along with his wife's family. He went to Shawnee Mental Health Center to help him with some of his family and substance abuse issues, and may possibly sign up for social security. Mr. Ober said he had not been using marijuana and has been drinking minimally. He submitted to urinalysis on August 28, 2006 which was negative.

At this time, this officer respectfully requests that the Court take notice of the violation that Mr. Ober has failed to pay toward his fine, but that no action be taken. Mr. Ober's supervised release does not expire until June 13, 2008, and this officer will continue to monitor his payments and his substance abuse issues.

Respectfully submitted,

by  Darla J. Huffman
U. S. Probation Officer
Date: **September 18, 2006**

Approved,

by  John Cole
Supervising U. S. Probation Officer
Date: **September 18, 2006**

[✓] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

Signature of Judicial Officer

9/19/06
Date