# CRIMINAL MINUTES
## PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America                    Case 1:01cr55-17

vs

JOHN OBER

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter:     Maryanne Maffia
Date:               12/18/06 @ 1:30

Attorney for USA:            *Ken Parker*
Attorney for Defendant:      Federal Public Defender  *W. Kelly Johnson*

✓ Initial appearance held. Defendant informed of rights and charges.

✓ Case continued for Probable Cause Hearing ✓ *Dec. 21, 2006 10:00 AM*   Detention Hearing ✓
on _____

____ Probable cause hearing held/waived. Defendant to appear before District Judge _____ for Probation Violation/supervised release hearing.

____ Probable cause found / not found

✓ Defendant DETAINED pending hearing.  *12/21/06 at 10:00 a.m.*
____ Defendant RELEASED on _____ bond

✓ Order APPOINTING counsel   *FPD*

Remarks:

_____

2006 DEC 18 PM 4:27