**CRIMINAL MINUTES**
**PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION**

United States of America                    Case 1:01cr55-17

     vs

JOHN OBER

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter:
Date:                    12/21/06 @ 10:00 am

Attorney for USA:         _Rbt Buchlee_
Attorney for Defendant:    Federal Public Defender _w Kelly Johnson_

\_\_\_\_\_ Initial appearance held. Defendant informed of rights and charges.

\_\_\_\_\_ Case continued for Probable Cause Hearing \_\_\_\_\_ Detention Hearing \_\_\_\_\_
       on _____
✓ Probable cause hearing held/(waived) Defendant to appear before District Judge
     _Weber_ for Probation Violation/supervised release hearing.

\_\_\_\_\_ Probable cause found / not found

✓ Defendant DETAINED pending hearing.
\_\_\_\_\_ Defendant RELEASED on _____ bond

\_\_\_\_\_ Order APPOINTING counsel _____

Remarks:
_____
_____