UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES AMERICA, : Case No.: CR-1-01-55

    Plaintiff, : ( Judge Herman J. Weber)

v. :

JOHN OBER,

    Defendant

:

**ORDER**

Parties are advised that the above styled case is SCHEDULED for a Revocation Hearing on Thursday, January 11, 2007 at 1:30 p.m..

**IT IS SO ORDERED.**

          __s/Herman J. Weber__
          Herman J. Weber, Senior Judge
          United States District Court