UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CRIMINAL MINUTES - SUPERVISED RELEASE REVOCATION HEARING**

UNITED STATES OF AMERICA
    -vs-                                                                      CASE NO. CR-1-01-55
**JOHN OBER**

---

COUNSEL PRESENT:

ASSISTANT UNITED STATES ATTORNEY: Robert Brichler
DEFENSE: Kelly Johnson

---

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Law Clerk Amy Thomas

Court Reporter M. Maffia (Official)

Courtroom Deputy Darlene Maury

Probation Officer:  Darla Huffman


DATE: Thursday, January 11, 2006
TIME: 1:30 p.m. - 1:55 p.m.

**DOCKET ENTRY:**

Case called before J. Weber for a SUPERVISED RELEASE REVOCATION HEARING.  Defendant present with counsel.  Defendant admits violations.  The Court finds that defendant has violated his Conditions of Supervised Release.

**IT IS ORDERED** that the conditions of defendant John Ober's Supervised Release be **REVOKED** and the defendant is sentenced to the Bureau of Prisons for a period of 11 mos. Deft is ordered to pay the balance of the criminal monetary penalties (originally imposed) - schedule established. Court recommends that the Defendant be placed in the Ashland Correctional Facility.

Defendant advised of right to appeal.

Defendant **REMANDED** to custody of the U.S. Marshal.