JAMES BONINI
CLERK

# United States District Court
## Southern District of Ohio at Cincinnati

07 JAN 12 PM 1: 30

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**JOHN OBER** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Criminal Number:   CR-1-01-55-17<br><br>USM Number:   03471-061<br><br>W. Kelly Johnson, Esq.<br>Defendant's Attorney |

**THE DEFENDANT:**

[✓] admitted guilt to violation of condition(s) 1, 2, 7 and 6 of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial or guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _____

Defendant's Residence Address:
3393-E Tatman Coe
McDermott, OH  45652

Defendant's Mailing Address:
3393-E Tatman Coe
McDermott, OH  45652

January 11, 2007
Date of Imposition of Sentence

/s/ Signature of Judicial Officer

HERMAN J. WEBER, United States Senior District Judge
Name & Title of Judicial Officer

January 12, 2007
Date

I certify that this is a true and correct copy of the original filed in my Office on 1-12-07.
JAMES BONINI, CLERK
BY: _____ Deputy Clerk
DATE: 1-12-07

AO 245 D (Rev. 06/05) Judgment in a Criminal Case for Revocation Sheet I

| | | |
|---|---|---|
| CASE NUMBER: | CR-1-01-55-17 | Judgment - Page 2 of 5 |
| DEFENDANT: | JOHN OBER | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| #1 | Failure to report | Sept. 18, 2006 |
| #2 | No drug use | June 14, 2005, July 19, 2005, January 13, 2006 |
| #3 | No new law violations | May 20, 2005 |
| #4 | Failure to pay child support | March 6, 2006 |

CASE NUMBER: CR-1-01-55-17  
DEFENDANT: JOHN OBER

Judgment - Page 3 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ELEVEN (11) MONTHS.

[✔] The court makes the following recommendations to the Bureau of Prisons:
That the defendant be placed in FCI Ashland, Kentucky.

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
 [ ] at ___ on ___.
 [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
 [ ] before 2:00 p.m. on _____.
 [ ] as notified by the United States Marshal but no sooner than
 [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 03/26/07 to Ash

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By Lex Bus LT  
Deputy U.S. Marshal

CASE NUMBER:     CR-1-01-55-17
DEFENDANT:       JOHN OBER

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ | $ 825.00 | $ |

[ ] The determination of restitution is deferred until _. An amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

[ ] The defendant must make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment unless specified otherwise in the priority order of percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | *Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| TOTALS: | $ ____ | $ ____ | |

[ ] Restitution amount ordered pursuant to plea agreement  $ _____

[] The defendant must pay interest on restitution and a fine of more than $2500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

[✓] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   [✓] The interest requirement is waived for the    [✓] fine    [] restitution.

   [ ] The interest requirement for the    [] fine    [] restitution is modified as follows:

---

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

CASE NUMBER:     CR-1-01-55-17                                    Judgment - Page 5 of 5
DEFENDANT:       JOHN OBER

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  [✔] Lump sum payment of $ $825.00 due immediately, balance due

   [ ] not later than   or
   [✔] in accordance with   [ ] C,   [ ] D,   [ ] E, or   [✔] F below; or

B  [ ] Payment to begin immediately (may be combined with   [ ] C   [ ] D, or   [ ] F below); or

C  [ ] Payment in equal installments of $ over a period of , to commence days after the date of this judgment; or

D  [ ] Payment in equal installments of $ over a period of , to commence days after release from imprisonment to a term of supervision; or

E  [ ] Payment during the term of supervised release will commence within   (e.g., 30 or 60 days) after release from imprisonment. The Court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  [ ] Special instructions regarding the payment of criminal monetary penalties:

   [✔] If the defendant, while incarcerated, is working in a non-UNICOR or grade 5 UNICOR job, the defendant shall pay $25.00 per quarter toward defendant's monetary obligation. If working in a grade 1-4 UNICOR job, defendant shall pay 50% of defendant's monthly pay toward defendant's monetary obligation. Any change in this schedule shall be made only by order of this Court.

   [ ] After the defendant is release from imprisonment, and within 30 days of the commencement of the term of supervised release, the probation officer shall recommend a revised payment schedule to the Court to satisfy any unpaid balance of the monetary. The Court will enter an order establishing a schedule of payments.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ] Joint and Several (Defendant and Co-Defendant names and Case Numbers, Total Amount, Joint and Several Amount and corresponding payee, if appropriate.):

[ ] The defendant shall pay the cost of prosecution.
[ ] The defendant shall pay the following court cost(s):

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution interest; (4) fine principal; (5) fine interest; (6) community restitution; (7) penalties; and (8) costs, including cost of prosecution and court costs.